NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELMER E. CAMPBELL, JR.,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**AND**

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2013-3166

---

Petition for review of the Merit Systems Protection Board in No. SF0752100331-M-1.

---

**ON MOTION**

---

**O R D E R**

The United States Postal Service moves without opposition for a 30-day extension of time, until February 5, 2014, to file its response brief.

2                               CAMPBELL v. MSPB

      Upon consideration thereof,

      IT IS ORDERED THAT:

      The motion is granted.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s21